UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANQUANESHIA HASKINS                                                                         PLAINTIFF

v.                                                            CIVIL ACTION NO. 1:25-CV-308-LG-RPM

HUNTINGTON INGALLS INCORPORATED                                                 DEFENDANT

**NOTICE OF SERVICE**

Defendant Huntington Ingalls Incorporated served a copy of its Initial Disclosure on all counsel of record today.

Dated:  January 21, 2026.

                                    Respectfully submitted,

                                    HUNTINGTON INGALLS INCORPORATED

                                    By Its Attorneys,

                                    WATKINS & EAGER PLLC

                                    By: s/Adam H. Gates
                                          Adam H. Gates

Adam H. Gates, MSB No. 102305
Gabrielle Wells, MSB No. 106535
WATKINS & EAGER PLLC
Mailing:  Post Office Box 650
Jackson, Mississippi  39205-0650
Physical:  The Emporium Building
400 East Capitol Street
Jackson, Mississippi  39201
Telephone:  (601) 965-1900
agates@watkinseager.com
gwells@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that today I served a true copy of the foregoing with the Clerk of the Court using the ECF system.

Dated: January 21, 2026.

By: s/Adam H. Gates
Adam H. Gates
